**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Philip A. Brimmer**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 4 2013

JEFFREY P. COLWELL
CLERK

George Leonard Claypool
P.O. Box 930
Clifton, Colorado [81520-9998]
Plaintiff,

Civil Action No. 13-cv-01180-PAB

V.

Bruce R. Thompson (CFO) and
BANK OF AMERICA N/A
Defendants.

---

# AFFIDAVIT OF FACTS
# "AMMENDED"

---

STATE OF **COLORADO** )
) *ss*
COUNTY OF **MESA** )

Comes now, **George Leonard Claypool**, your Affiant, herein known as "George" being competent to testify and being over the age of 21 years, after first being duly sworn according to law to tell the truth to the facts related herein states that he has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of his knowledge.

In response to the letter received on May 17, 2013 from the US District Court, Judge Phillip A. Brimmer. The facts were stated in order of events. The cases that follow are Supreme Court Rulings that have not nor ever been overturned to date, Yick Wo v. Hopkins and Woo Loo v. Hopkins. 188 US 356(1886), Rodrigues v. Ray Donavan ( US Department of Labor), 769 F. 2d 1344,1348 (1985) and Marbury vs. Madison. 5 US (2 Cranch) 137. 174. 176, (1803) which states "All Acts, Codes, Ordinances,

Laws, Rules and Statutes which are repugnant to the Constitution are null and void. The contract that was signed for the property located at (436 West 4th Street, Palisade, Colorado [81526]) has only one signature that belongs to "George Leonard Claypool" and no-one else. For any contract to be valid there must have 2(two) signatures, so with there being only 1(one) their contract is null and void on its face alone. There was an EFT sent to Bank of America N/A on January 24,2012 in the amount of $75,000.00 draft #4598 that was accepted by Bank of America N/A and then denied.

Federal Judges are appointed not elected but are still bound by their "Oaths Of Office" to follow "THE CONSTITUTION", Bruce R. Thompson (CFO) and BANK OF AMERICA N/A have been committing Fraud, Counter fitting documents, Racketeering and Treason against The People far too long and must be held accountable. Now Judge Brimmer! 63C. Am. Jur. 2nd. Public Officers and Employees are "TRUSTEES" of the people, not the other way around.

1. That your Affiant is one of the People of these united States of America, being a creation of God and born/domiciled in one of the several States.

2. Your Affiant is a living, breathing, sentient being on the land, a Natural Person, and therefore is not and cannot be any ARTIFICIAL PERSON and, therefore, is exempt from any and all identifications, treatments, and requirements as any ARTIFICIAL PERSON pursuant to any process, law, code, or statute or any color thereof.

3. Your Affiant notices that in these united States of America, the authority of any and all governments resides in the People, the Natural Persons, of the land, for government is a fiction of the mind and can only be created by the People, effected by the People, and overseen by the People for the benefit of only the People.

4. Your Affiant at all times claims all and waives none of his God given inherent, unlimited, unalienable, secured and guaranteed Rights pursuant to the Declaration of Independence and the Constitution of the united States of America as ratified 1791 with the Articles of the Amendments.

5. Your Affiant notices that pursuant to the Constitution of the united States of America as ratified 1791 with the Articles of the Amendments, Article VI paragraph 2, "This Constitution and the Laws of the united States which shall be made in Pursuance thereof; and all Treaties made, under the authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding".

6. Your Affiant has proof that the Defendants Bruce R. Thompson (CFO) of BANK OF AMERICA N/A and BANK OF AMERICA N/A has committed Fraud upon the Affiant "George" one of the People.

7. Your Affiant has proof that the Defendants have not given full disclosure of the Truth in Lending rules and that the Defendants did not Loan your Affiant "George" any moneys for the purchase said property and that the Promissory Note that was signed by your Affiant was in fact turned over to the US Treasury for full payment on or about August 14, 2006 .

8. Your Affiant "George" was not told at the time of closing that the property in question was being signed over to BANK OF AMERICA N/A. for BANK OF AMERICA N/A to resale it back to your Affiant "George". This action by the Defendants proves Fraud and deception on the Affiant "George".

9. Your affiant notices, that as a matter of their lawful compliance to the referenced Constitution, any of the People, while functioning in any Public capacity, in return for the trust of the other People, are granted limited delegated authority of and by the People, with specific duties delineated in accordance thereof, shall only do so pursuant to a lawfully designated, sworn and subscribed Oath of Office and with any and all bonds and other requirements thereof, to ensure their faithful performance to the other People.

10. Your Affiant notices that the only court lawfully authorized by the People pursuant to said Constitution to hear matters in controversy of the People, civil or criminal, is a court that conforms to and functions in accordance with Article III Section 2 of said Constitution in which all officers of the court have and abide by their sworn and subscribed oaths of office supporting and defending the Rights of the People, and in which all matters are heard in accordance with all aspects of due process of law and only Trial by jury and in keeping with the Amendments V, VI, and VII.

11. Your Affiant notices that pursuant to this supreme Law of the Land and the God given Rights secured and guaranteed therein, said Constitution is established to ensure that the dominion granted by God to all People, on this land, shall endure, and ensure forever that this People on this land be free from any and all slavery, indenturement, tyranny, and oppression under color of any law, statute, code, policy, procedure, or of any other type.

12. Your Affiant further notices that pursuant to said Constitution, Affiant cannot be compelled, manipulated, extorted, tricked, threatened, placed under duress, or coerced, or so effected by any Natural Person, who individually, or in any capacity as or under any Artificial Person, agency, entity, officer, or party, into the waiving of any of Affiant's Rights, or to act in contradiction thereof, or to act in opposite of the moral conscience and dominion granted Affiant by God; nor can Affiant be deprived of any of these Rights, privileges, and immunities, except by lawful process in accordance with said Constitution, without that Natural and/or Artificial Person, in whatever capacity, in so doing, causing injury to your Affiant and thereby committing numerous crimes, requiring lawful punishment therefore.

Further, Affiant sayeth naught.

Respectfully Submitted

George Leonard Claypool

George Leonard Claypool
American Citizen

State of COLORADO

County of MESA

Subscribed and sworn to (or affirmed) before me on this 4th day of June, 2013

by George Leonard Claypool, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public (Seal)

NOTARY PUBLIC
LATASHA JO HARRIS
STATE OF COLORADO
My Commission Expires 10/20/2014