**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  13-cv-01180-PAB

GEORGE LEONARD CLAYPOOL,

    Plaintiff,

v.

BRUCE R. THOMPSON ( C.F.O) and
BANK OF AMERICA N/A,,

    Defendants.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order of Judge Philip A. Brimmer entered on June 5, 2013, Plaintiff has been afforded an opportunity to amend his complaint and has not complied with the requirements of Rule 8(a), as specifically articulated in the Orders issued on May 7 and May 17, 2013.  Accordingly, It is

    ORDERED that the Complaint for Damages [Docket No. 1] filed by plaintiff George Leonard Claypool is DISMISSED, as is this civil action.

    Dated at Denver, Colorado this 6th day of June, 2013.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

    By: s/ Edward P. Butler
    Edward P. Butler, Deputy Clerk